# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 8:48 am, Mar 08, 2017

| | | |
|---|---|---|
| DARRELL ANDRE FULLER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-42 |
| v. | * | |
| JESUP HEALTH SERVICE, CLINIC DIRECTOR, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 48, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's action and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 7 day of March, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)